NO. 28792

Electronically Filed
Intermediate Court of Appeals
28792
02-APR-2012
11:35 AM

IN THE INTERMEDIATE COURT OF APPEALS

OF THE STATE OF HAWAIʻI

WILLIAM RONALD DOLAN, CPA, Special Administrator for the
Estate of ROSALINDA ITURRALDE and MIGUEL FUNES ITURRALDE, aka
MIKE I. FUNES, Successor Personal Representative for the Estate
of ARTURO C. ITURRALDE, Plaintiffs-Appellants, Cross-Appellees,
v. HILO MEDICAL CENTER, a Hawaiʻi Non-Profit Corporation,
HAWAIʻI HEALTH SYSTEMS CORPORATION, a Public Benefit Corporation,
STATE OF HAWAIʻI, Defendants-Appellees, Cross-Appellants and
MEDTRONIC SOFAMOR DANEK, USA, a Tennessee Corporation
Licensed to do Business in Hawaiʻi, and
ROBERT RICKETSON, M.D., Defendants-Appellees


APPEAL FROM THE CIRCUIT COURT OF THE THIRD CIRCUIT
(CIVIL NO. 03-1-0017 (Hilo))


ORDER OF CORRECTION
(By:  Leonard, J., for the court[1])

IT IS HEREBY ORDERED that the Opinion of the Court,
filed on March 30, 2012, is hereby corrected at page 1, in the
case caption section, to reflect the names of substituted
parties.  The Opinion's caption shall now read as follows:


WILLIAM RONALD DOLAN, CPA, Special Administrator for the
Estate of ROSALINDA ITURRALDE and MIGUEL FUNES ITURRALDE, aka
MIKE I. FUNES, Successor Personal Representative for the Estate
of ARTURO C. ITURRALDE, Plaintiffs-Appellants, Cross-Appellees,*
v. HILO MEDICAL CENTER, a Hawaiʻi Non-Profit Corporation,
HAWAIʻI HEALTH SYSTEMS CORPORATION, a Public Benefit Corporation,
STATE OF HAWAIʻI, Defendants-Appellees, Cross-Appellants and
MEDTRONIC SOFAMOR DANEK, USA, a Tennessee Corporation
Licensed to do Business in Hawaiʻi, and
ROBERT RICKETSON, M.D., Defendants-Appellees

IT IS HEREBY FURTHER ORDERED that, on the bottom of the
page containing the caption, a footnote designated by an asterisk

---

[1] Nakamura, Chief Judge, Fujise and Leonard, JJ.

(rather than a number) shall appear as follows:

      *      Plaintiff-Appellant/Cross-Appellee Rosalinda Iturralde died during the pendency of this appeal and her successors-in-interest were substituted and named as parties.  Notwithstanding the references in the text of this Opinion to Rosalinda Iturralde, in her individual capacity and/or as the personal representative of the Estate of Arturo Iturralde, the substituted parties, as reflected in the caption, are now the real-parties-in-interest.

The clerk of the court is directed to incorporate the foregoing changes in the original Opinion and take all necessary steps to notify the publishing agencies of this change.

DATED:  Honolulu, Hawai'i, April 2, 2012.

FOR THE COURT:

Associate Judge